1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10                              **WESTERN DIVISION**

11    ALFREDO PEREZ,                    )        No.  CV 06-5345-ODW (AGR)
                                        )
12                   Petitioner,        )
                                        )        ORDER ADOPTING MAGISTRATE
13        v.                            )        JUDGE'S REPORT AND
                                        )        RECOMMENDATION
14    DERRAL ADAMS, Warden,             )
                                        )
15                   Respondent.        )
      _____)
16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo,

18    including the magistrate judge's Report and Recommendation.  The Court agrees

19    with the recommendation of the magistrate judge.

20        IT IS ORDERED that Judgment be entered denying the Petition and dismissing

21    this action with prejudice.

22

23    DATED:  June 12, 2009        _____
                                              OTIS D. WRIGHT II
24                                      UNITED STATES DISTRICT JUDGE

25
26
27
28