# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFREDO PEREZ,<br><br>    Petitioner,<br><br>  v.<br><br>DERRAL ADAMS, Warden,<br><br>    Respondent. | No. CV 06-5345-ODW (AGR)<br><br>**JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's report and recommendation,

    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 12, 2009

                                               OTIS D. WRIGHT II
                                     UNITED STATES DISTRICT JUDGE